c/

RECEIVED

NOV 16 2017

AT 8:30_____M
WILLIAM T. WALSH
CLERK

Lidya Radin
c/o Friendly
203 W. 107th Street, #8A
New York, New York 10025
Mobile: 516-445-4390; Email: radin.lidya2@gmail.com

16-November-2017

For: Clerk ~~for~~ JR
of Court for
filing

Chief U.S. District Court Judge Jose L. Linares
District of New Jersey
U.S. Courthouse, 50 Walnut Street
Newark, New Jersey 07101
Telephone: 973-645-6042; Email: njdnef_linares@njd.uscourts.gov

**RE: APPICATION TO GO TO FEDERAL GRAND JURY IN CONNECTION WITH CONSTITUTIONAL VIOLATIONS FOR WHICH THE ACTING U.S. ATTORNEY MUST PROSECUTE.**

Sir:

--I write to you today to demand to be taken as a witness/complainant to the federal Grand Jury for the arrest without a warrant, false arrest and false imprisonment, and obstruction of justice that were inflicted on Me on August 10, 2017, 4th and 5th amendment constitutional violations, and for the 4th amendment violations inflicted upon Me in connection with no showing of probable cause in malicious prosecution against Me, now, in Trenton.

--See In the matter of in re Grand Jury Application, 617 F. Supp 199 ( S.D.N.Y. 1985 ). The statute that this case refers was repealed. However, the underlying law is constitutional law including the federal constitution.

--For constitutional violations the Acting U.S. Attorney must prosecute the wrongdoers against Me, because we don't sometimes obey our constitution and sometimes we don't.

Yours,

*Lidya Radin*

Lidya Radin

CC: Acting U.S. Attorney William E. Fitzpatrick

I declare under penalty of perjury that Chief U.S. District Court Judge Jose L. Linares was served by U.S. mail on 16-November-2017
*Lidya Radin*